FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2017 NOV 14 A 8:34

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Docket No: 1:17-mj-521 |
| KRISTIE L. PRIMMER | ) Initial Appearance: November 20, 2017 |

CRIMINAL INFORMATION

Misdemeanor 6933045

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 27, 2017, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, KRISTIE L. PRIMMER, did unlawfully, knowingly, and willfully steal, purloin or knowingly convert to her use or the use of another, property of the United States and any department or agency thereof, specifically: Four (4) Cosmetic items, the property of the United States Army and Air Force Exchange Service, said property having a value of less than One Thousand ($1,000) Dollars.

(In violation of Title 18, United States Code, Section 641.)

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Christopher H. Kim
Special Assistant
United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3776
Fax (703) 805-1042
christopher.h.kim@usdoj.gov

Fort Belvoir, VA

Date November 9, 2017

CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2017, I mailed a true and accurate copy of the Criminal Information herein filed to Kristie L. Primmer at her address of record:

4554 28th Road, Apt A
Arlington, Virginia 22206

Karen L. Shaner
Administrative Assistant
Fort Belvoir, VA 22060-5186